IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGHAN GIBBONS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA,<br><br>        Defendant. | CIVIL ACTION<br>NO. 17-1851 |

## ORDER

**AND NOW**, this 31st day of October 2018, upon consideration of Plaintiff's Motion for Partial Summary Judgment on Liability (Doc. No. 50), Defendant's Brief in Support of Its Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 57), and Plaintiff's Reply (Doc. No. 46), and Defendant's Motion for Summary Judgment (Doc. No. 52), Plaintiff's Response in Opposition (Doc. No. 58), and Defendant's Reply (Doc. No. 64), the attached exhibits, and the arguments of counsel for the parties at the October 15, 2018 hearing, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. No. 50) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. No. 52) is **DENIED**.

                                                       BY THE COURT:


                                                       /s/ Joel H. Slomsky
                                                       JOEL H. SLOMSKY, J.