IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGHAN GIBBONS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA,<br><br>        Defendant. | CIVIL ACTION<br>NO. 17-1851 |

## ORDER

**AND NOW**, this 31st day of October 2018, upon consideration of Plaintiff Meghan Gibbon's Motion for Class Certification (Doc. No. 37), Defendant Weltman, Weinberg & Reis Co., LPA's Response in Opposition to Plaintiff's Motion for Class Certification Pursuant to Fed. R. Civ. P. 23 (Doc. No. 41), and Plaintiff's Reply (Doc. No. 46), and the arguments of counsel for the parties at the October 15, 2018 hearing on class certification, and for the reasons set forth in the Opinion of the Court issued on this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Class Certification (Doc. No. 37) is **GRANTED**.

2. The following Class is certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

    All persons with addresses within the jurisdiction of the United States Court of Appeals for the Third Circuit who, beginning one year prior to the filing of the Complaint through and including the final resolution of this case, were sent an initial letter from Defendant attempting to collect a consumer debt which was printed on law firm letterhead.

3. Rule 23 certification is **GRANTED** for Plaintiff's following claims:

a. Defendant violated § 1692e of the Fair Debt Collection Practices Act ("FDCPA") by using false, deceptive, and misleading representations in debt-collection communications.

b. Defendant violated § 1692e(3) of the FDCPA by falsely representing or implying that any communication is from an attorney.

c. Defendant violated § 1692e(10) of the FDCPA by using false representations or deceptive means to collect or attempt to collect a debt.

4. Plaintiff Meghan Gibbons is appointed as the Class Representative.

5. The law firm of Francis & Mailman, P.C. is appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(c)(1)(B).

6. The parties shall confer regarding an appropriate notice of the Rule 23 class action. Plaintiff shall submit a proposed form of notice to the Court for review within thirty (30) days following entry of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.