IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGHAN GIBBONS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 17-1851 |

# ORDER

**AND NOW**, this 25th day of August 2020, upon consideration of Defendant's Motion to Dismiss (Doc. No. 89); Plaintiff's Response in Opposition (Doc. No. 91); Defendant's Reply (Doc. No. 94); and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 89) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1