UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEGHAN GIBBONS, on behalf of herself and all others similarly situated,** ) ) ) **Plaintiff,** ) ) v. ) **WELTMAN, WEINBERG & REIS CO., LPA,** ) ) **Defendant.** ) ) | **CLASS ACTION** C. A. No. 2:17-cv-01851-JHS |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff Meghan Gibbons, hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated September 13, 2021 (Doc. 116).

                                                Respectfully submitted,

                                                FRANCIS MAILMAN SOUMILAS, PC

Date: January 14, 2022                  *s/ Joseph L. Gentilcore*
                                                James A. Francis
                                                David A. Searles
                                                Joseph L. Gentilcore
                                                1600 Market Street, Suite 2510
                                                Philadelphia, PA 19103
                                                (215) 735-8600

                                                *Attorneys for Plaintiff and the Class*